UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24434-CIV-MARTINEZ/Sanchez

FRIENDS OF BAREFOOT
COLLEGE INTERNATIONAL INC.,

      Plaintiff,
v.

EMP-BINDI INTERNATIONAL
ASSOCIATION,

      Defendant.
_____/

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant EMP-Bindi International Association's Motion to Vacate Clerk's Default [ECF No. 18]. (*See* [ECF No. 28]). Magistrate Judge Sanchez filed an R&R [ECF No. 32], recommending that the Motion be granted and finding good cause to vacate the Clerk's Default. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 32] is **AFFIRMED** and **ADOPTED**. Defendant EMP-Bindi International Association's Motion to Vacate Clerk's Default [ECF No. 18] is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 25 day of February 2026.

                                                                                    JOSE E. MARTINEZ
                                                                                   UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       Magistrate Judge Sanchez